1034

No. 96–6626. CATHCART v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6628. MAYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6630. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6632. FELICIANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6634. DAVIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6635. GREEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6643. JOHNSON v. McCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–6648. BARFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6652. CASANOVA ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6662. FARNSWORTH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6663. McNEIL, AKA McNEILL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6667. DARBY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–6669. TURNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–6671. WILLIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–358. NORFOLK & WESTERN RAILWAY CO. v. CHITTUM. Sup. Ct. Va. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.